UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD CAYOU,<br><br>Defendant. | CASE NO. CR05-130 JLR<br><br>SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

An initial appearance and detention hearing on alleged violations of supervised release was held before the undersigned on July 6, 2007. The United States was represented by Lisca Borichewski. The defendant was represented by Carol Koller.

## CONVICTION AND SENTENCE

Defendant had been convicted of Sexual Abuse of a Minor on or about February 13, 2006. The Hon. James L. Robart of this court sentenced Defendant to eighteen months of confinement, followed by five years of supervised release. The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

## DEFENDANT'S ADMISSION

Senior U.S. Probation officer Christopher Luscher alleged Defendant violated the conditions of supervised release in the following respects:

(1)   Failing to notify the probation officer at least ten days prior to a change in

1     residence, on or before June 5, 2007, in violation of standard condition No. 6.

2 (2) Failing to notify the probation officer at least ten days prior to a change in
3 employment, on or before May 25, 2007, in violation of standard condition
4 No. 6.

5 (3) Failing to submit a truthful and complete written report to the probation officer
6 withing the first five days of each month, as of June 7, 2007, in violation of
7 standard condition No. 2.

8 I advised the defendant of these charges and of his constitutional rights.  Defendant
9 admitted the violations, waived any hearing as to whether they occurred, and consented to
10 having the matter set for a disposition hearing.  The Government moved for detention to
11 which the defendant stipulated.

12 <u>RECOMMENDED FINDINGS AND CONCLUSIONS</u>

13 Based upon the foregoing, I recommend the court find that Defendant has violated the
14 conditions of his supervised release as alleged and set the matter for a disposition hearing.

15 Defendant has been detained pending a final determination by the Court.

16 DATED this 9th day of July, 2007.

MONICA J. BENTON
United States Magistrate Judge

cc:   Sentencing Judge     :  Hon. James L. Robart
      Assistant U.S. Attorney :  Lisca Borichewski
      Defense Attorney      :  Carol Koller
      U. S. Probation Officer :  Christopher Luscher

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2-