UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
                                     Plaintiff, )   Case No. CR05-130 JLR
        v. )
                                                )   **PROPOSED FINDINGS OF FACT AND**
RICHARD JIMMY CAYOU, )   **DETERMINATION AS TO ALLEGED**
                                                )   **VIOLATIONS OF SUPERVISED**
                                 Defendant. )   **RELEASE**
                                                 )

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on August 8, 2008. The defendant appeared following his arrest. The United States was represented by Jill Otake, and defendant was represented by Carol Koller. Also present was U.S. Probation Officer Steve McNickle. The proceedings were digitally recorded.

## CONVICTION AND SENTENCE

Defendant was sentenced on February 13, 2006 by the Honorable James L. Robart for Sexual Abuse of a Minor. He received 18 months of imprisonment and five years of supervised release.

## PRIOR VIOLATIONS OR MODIFICATIONS

On December 11, 2006 defendant's conditions of supervision were modified to require placement at a Residential Reentry Center (RRC) for up to 180 days because defendant lacked a

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -1

viable release placement.

On July 27, 2007 defendant's supervision was revoked due to his failure to notify the probation office of a change in residence and employment and failure to submit monthly reports. Defendant was sentenced to six months of imprisonment and 29 months of supervised release.

On May 29, 2008, defendant's supervision was revoked due to marijuana use and failure to participate in the RRC program. Defendant was sentenced to 24 days and 24 months of supervision to include 180 days in RRC program.

## PRESENTLY ALLEGED VIOLATION AND DEFENDANT'S ADMISSION OF THE VIOLATION

In a petition dated August 7, 2008, Supervising U.S. Probation Officer Calvin Bouma alleged that defendant violated the following condition of supervised release:

1. Failing to satisfactorily participate in a residential reentry center program by being terminated from the program at Pioneer fellowship house, on or about August 7, 2008, in violation of the special condition that he satisfactorily participate in the program for up to 180 days

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed that the matter would be set for a disposition hearing before District Judge James L. Robart.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the Court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing. The

//

//

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -2

defendant did not contest detention and was ordered detained pending disposition.

DATED this 8th day of August, 2008.

/s/ Brian A. Tsuchida

BRIAN A. TSUCHIDA
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -3